1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL HAWTHORNE

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        )   No. 2:07-cr-00340-MCE
                                     )
13                    Plaintiff,     )
                                     )   STIPULATION AND ORDER CONTINUING
14        v.                         )   STATUS CONFERENCE
                                     )
15  MICHAEL HAWTHORNE,               )   Date:  September 6, 2007
                                     )   Time:  9:00 a.m.
16                    Defendant.     )   Judge: Hon. Morrison C. England, Jr.
                                     )
17  _____  )

18        It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney,

19  attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant

20  MICHAEL HAWTHORNE, that the Status Conference hearing date of August 23, 2007, is vacated and a

21  new Status Conference hearing date of September 6, 2007, at 9:00 a.m. is hereby set.

22        This continuance is requested because counsel for defendant is currently out of the office and

23  unavailable.

24  ///

25  ///

26  ///

27  ///

28  ///

1          It is further stipulated that the period from August 23, 2007, through and including September 6,

2     2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

3     continuity of counsel and defense preparation.

4     Dated:  August 20, 2007                              Respectfully submitted,

5                                                          DANIEL J. BRODERICK
                                                           Federal Defender
6

7
                                                            /s/ Mary M. French
8                                                          MARY M. FRENCH
                                                           Supervising Assistant
9                                                          Federal Defender
                                                           Attorney for Defendant
10                                                         MICHAEL HAWTHORNE

11

12    Dated:  August 20, 2007                              MCGREGOR W. SCOTT
                                                             United States Attorney
13

14                                                         /s/  Mary M. French for
                                                               Carolyn K. Delaney
15
                                                           CAROLYN K. DELANEY
16                                                         Assistant U.S. Attorney
                                                           per telephonic authorization
17

18    IT IS SO ORDERED.

19

20     Dated:  August 21, 2007

21

22                                                         MORRISON C. ENGLAND, JR.
                                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28