```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00340-MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
|  | ) |
| MICHAEL HAWTHORNE, | ) Date: September 13, 2007 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, |
|  | )        Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of September 6, 2007, is vacated and a new Status Conference hearing date of September 13, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant will be out of the office and unavailable.

///

///

1  It is further stipulated that the period from September 6, 2007,
2 through and including September 13, 2007, should be excluded pursuant
3 to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
4 of counsel and defense preparation.

5 Dated: September 4, 2007                Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8
                                           /s/ Mary M. French
9                                         MARY M. FRENCH
                                          Supervising Assistant
10                                        Federal Defender
                                          Attorney for Defendant
11                                        MICHAEL HAWTHORNE

12
   Dated: September 4, 2007                   MCGREGOR W. SCOTT
13                                         United States Attorney

14
                                           /s/  Mary M. French for
15                                              Carolyn K. Delaney

16                                         CAROLYN K. DELANEY
                                           Assistant U.S. Attorney
17                                         per telephonic authorization

18

19
   IT IS SO ORDERED.
20
    Dated: September 6, 2007
21

22

23                                         _____
                                           MORRISON C. ENGLAND, JR.
24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

-2-