```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-00340-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| MICHAEL HAWTHORNE, | Date:  December 6, 2007 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of November 8, 2007, is vacated and a new Status Conference hearing date of December 6, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense investigation and preparation.

///

///

1   It is further stipulated that the period from November 8, 2007, through and including December 6, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   November 7, 2007                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                          /s/ Mary M. French
                                         _____
                                         MARY M. FRENCH
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         MICHAEL HAWTHORNE


Dated:   November 7, 2007                MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/   Mary M. French for
                                               Carolyn K. Delaney
                                         _____
                                         CAROLYN K. DELANEY
                                         Assistant U.S. Attorney
                                         per telephonic authorization



IT IS SO ORDERED.

 Dated: November 8, 2007

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

Stipulation and Order                    -2-