1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL HAWTHORNE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         ) NO. 2:07-cr-00340-MCE
                                     )
12              Plaintiff,           )
                                     ) STIPULATION AND ORDER CONTINUING
13      v.                           ) STATUS CONFERENCE
                                     )
14 MICHAEL HAWTHORNE,                ) Date: January 10, 2008
                                     ) Time: 9:00 a.m.
15              Defendant.           ) Judge: Hon. Morrison C. England,
                                     )        Jr.
16 _____   )

17

18      It is hereby stipulated between the parties, Carolyn K. Delaney,

19 Assistant United States Attorney, attorney for plaintiff, and Mary M.

20 French, Supervising Assistant Federal Defender, attorney for defendant

21 MICHAEL HAWTHORNE, that the Status Conference hearing date of

22 December 6, 2007, is vacated and a new Status Conference hearing date

23 of January 10, 2008, at 9:00 a.m. is hereby set.

24      This continuance is requested because of on-going defense

25 investigation and preparation.

26 ///

27 ///

28 ///

1    It is further stipulated that the period from December 6, 2007,
2 through and including January 10, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:  December 3, 2007            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                      /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    MICHAEL HAWTHORNE


Dated:  December 3, 2007            MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         Carolyn K. Delaney
                                    _____
                                    CAROLYN K. DELANEY
                                    Assistant U.S. Attorney
                                    per telephonic authorization


     IT IS SO ORDERED.

 Dated: December 5, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order            -2-