```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-00340-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| MICHAEL HAWTHORNE, ) | Date: February 7, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, |
| ) |         Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of January 10, 2008, is vacated and a new Status Conference hearing date of February 7, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense investigation and preparation.

///

///

1      It is further stipulated that the period from January 10, 2008,
2 through and including February 7, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   January 9, 2008                Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                           /s/ Mary M. French
                                          ─────────────────────────────
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          MICHAEL HAWTHORNE


Dated:   January 9, 2008                  MCGREGOR W. SCOTT
                                          United States Attorney


                                          /s/  Mary M. French for
                                               Carolyn K. Delaney
                                          ─────────────────────────────
                                          CAROLYN K. DELANEY
                                          Assistant U.S. Attorney
                                          per telephonic authorization



IT IS SO ORDERED.

 Dated: January 15, 2008

                                          ─────────────────────────────
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

-2-