```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-00340-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| MICHAEL HAWTHORNE, | ) Date:  March 6, 2008 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, |
| | )         Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of February 7, 2008, is vacated and a new Status Conference hearing date of March 6, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense investigation and preparation.

///

///

1  It is further stipulated that the period from February 7, 2008,
2 through and including March 6, 2008, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:   February 4, 2008            Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                                /s/ Mary M. French
                                              MARY M. FRENCH
                                              Supervising Assistant
                                              Federal Defender
                                              Attorney for Defendant
                                              MICHAEL HAWTHORNE

Dated:   February 4, 2008            MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/   Mary M. French for
                                                    Carolyn K. Delaney

                                              CAROLYN K. DELANEY
                                              Assistant U.S. Attorney
                                              per telephonic authorization


IT IS SO ORDERED.

 Dated: February 5, 2008

                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE