1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL HAWTHORNE

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      ) NO. 2:07-cr-00340-MCE
                                  )
13              Plaintiff,        ) (AMENDED)
                                  ) STIPULATION AND ORDER CONTINUING
14     v.                         ) STATUS CONFERENCE
                                  )
15 MICHAEL HAWTHORNE,             ) Date:  April 3, 2008
                                  ) Time:  9:00 a.m.
16              Defendant.        ) Judge: Hon. Morrison C. England,
                                  )            Jr.
17 _____)

18

19      It is hereby stipulated between the parties, Carolyn K. Delaney,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 MICHAEL HAWTHORNE, that the Status Conference hearing date of

23 March 19, 2008, is vacated and a new Status Conference hearing date of

24 April 3, 2008, at 9:00 a.m. is hereby set.

25      This continuance is requested because of on-going defense

26 investigation and preparation, and because defense counsel is not

27 available on March 19, 2008.

28 ///

1     It is further stipulated that the period from March 19, 2008,
2 through and including April 3, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated:  March 17, 2008              Respectfully submitted,
6                                     DANIEL J. BRODERICK
                                      Federal Defender
7
8
                                       /s/ Mary M. French
9                                     ─────────────────────────────
                                      MARY M. FRENCH
                                      Supervising Assistant
10                                    Federal Defender
                                      Attorney for Defendant
11                                    MICHAEL HAWTHORNE
12
   Dated:  March 17, 2008             MCGREGOR W. SCOTT
13                                    United States Attorney
14
                                      /s/  Mary M. French for
15                                         Carolyn K. Delaney
                                      ─────────────────────────────
16                                    CAROLYN K. DELANEY
                                      Assistant U.S. Attorney
17                                    per telephonic authorization
18
19
   IT IS SO ORDERED.
20
21   Dated: March 19, 2008
22
                                      ─────────────────────────────
23                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Stipulation and Order              -2-