```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-00340-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| MICHAEL HAWTHORNE, | ) Date: May 1, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of April 3, 2008, is vacated and a new Status Conference hearing date of May 1, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense investigation and preparation, and because the parties are working on a resolution of the matter.

It is further stipulated that the period from April 3, 2008,

1  through and including May 1, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated:  April 1, 2008                Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                         Federal Defender
6
7
                                          /s/ Mary M. French
8                                        MARY M. FRENCH
                                         Supervising Assistant
9                                        Federal Defender
                                         Attorney for Defendant
10                                       MICHAEL HAWTHORNE
11
   Dated:  April 1, 2008                MCGREGOR W. SCOTT
12                                      United States Attorney
13
                                        /s/  Mary M. French for
14                                           Carolyn K. Delaney
15                                      _____
                                         CAROLYN K. DELANEY
                                         Assistant U.S. Attorney
16                                       per telephonic authorization
17
18
   IT IS SO ORDERED.
19
    Dated: April 4, 2008
20
21
22                                      _____
                                         MORRISON C. ENGLAND, JR.
23                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Stipulation and Order                   -2-