1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL HAWTHORNE

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,      ) NO. 2:07-cr-00340-MCE
                                    )
13 |              Plaintiff,        )
                                    ) STIPULATION AND ORDER CONTINUING
14 |      v.                        ) STATUS CONFERENCE
                                    )
15 | MICHAEL HAWTHORNE,             ) Date: May 22, 2008
                                    ) Time: 9:00 a.m.
16 |              Defendant.        ) Judge: Hon. Morrison C. England,
                                    )            Jr.
17 | _____  )

18

19     It is hereby stipulated between the parties, Carolyn K. Delaney,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 MICHAEL HAWTHORNE, that the Status Conference hearing date of

23 May 1, 2008, is vacated and a new Status Conference hearing date of May

24 22, 2008, at 9:00 a.m. is hereby set.

25     This continuance is requested because there is a proposed plea

26 agreement under consideration and the defendant needs more time to make

27 a decision.

28 ///

1    It is further stipulated that the period from May 1, 2008, through
2 and including May 22, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated:  April 29, 2008                    Respectfully submitted,
6                                           DANIEL J. BRODERICK
                                            Federal Defender
7
8                                            /s/ Mary M. French
9                                           _____
                                            MARY M. FRENCH
                                            Supervising Assistant
10                                          Federal Defender
                                            Attorney for Defendant
11                                          MICHAEL HAWTHORNE
12
   Dated:  April 29, 2008                   MCGREGOR W. SCOTT
13                                          United States Attorney
14
                                            /s/  Mary M. French for
15                                               Carolyn K. Delaney
                                            _____
16                                          CAROLYN K. DELANEY
                                            Assistant U.S. Attorney
17                                          per telephonic authorization
18
19
   IT IS SO ORDERED.
20
21  Dated: May 1, 2008
22
23                                          _____
                                            MORRISON C. ENGLAND, JR.
24                                          UNITED STATES DISTRICT JUDGE
25
26
27
28

Stipulation and Order                  -2-